**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| WINGATE INNS INTERNATIONAL, INC., | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Civ. No. 09-cv-6198 (WHW) |
| P.G.S., LLC, and ANTONINO PECORA, | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

This matter having been opened to the Court by Plaintiff Wingate Inns International, Inc. ("Wingate"), by its attorneys, Lowenstein Sandler PC, for an Order granting summary judgment as to the Third, Fifth, Seventh, and Eighth Counts of the Verified Complaint against Defendants P.G.S., LLC ("PGS") and Antonino Pecora ("Pecora") and granting summary judgment in favor of Wingate on each of the counts asserted against it in Defendants' Counterclaim in accordance with Rule 56 of the Federal Rules of Civil Procedure, and the Court having considered the papers submitted, and for good cause shown;

IT IS on this 16th day of August, 2012,

ORDERED as follows:

1. Wingate's motion for summary judgment is granted as to the Third, Fifth, Seventh, and Eighth Counts of the Verified Complaint;

2. Judgment is entered in favor of Wingate and against Defendants PGS and Pecora, jointly and severally, in the total amount of $647,948.22 composed of the following:

**NOT FOR PUBLICATION**

    a. $250,000 for liquidated damages;

    b. $224,614.89 in Recurring Fees;

    c. $173,333.33 due under the Note in outstanding principal;

3. Wingate is awarded prejudgment interest on liquidated damages, Recurring Fees, and the amount due under the Note in an amount to be determined by the Court upon Wingate's submission of an affidavit containing itemized calculations of such interest according to the applicable contracts through the date of this Order within 30 days of the date of this Order;

4. The First, Second, Fourth, and Sixth Counts of the Verified Complaint are dismissed with prejudice;

5. Wingate's motion for summary judgment is granted as to each of the counts asserted against it in Defendants' Counterclaim, and the Counterclaim is dismissed with prejudice; and

6. Wingate is awarded attorneys' fees and costs of suit in an amount to be determined by the Court upon Wingate's submission of an affidavit setting forth its attorneys' fees and costs of suit within 30 days of the date of this Order.

                                                               **/s William H. Walls**
                                                                United States Senior District Judge